UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NICHOLAS MARTIN DUBRAVEC,

Plaintiff,

v.

CENTER FOR FORENSIC PSYCHIATRY,

Defendant.

Case No. 1:26-cv-2571

Honorable Jane M. Beckering

**ORDER OF TRANSFER**

This is a civil rights action brought under 42 U.S.C. § 1983. (Compl., ECF No. 1.) Plaintiff sues the Center for Forensic Psychiatry, an impatient psychiatric hospital operated by the State of Michigan, located at 8303 Platt Road, Saline, Washtenaw County, Michigan. In his *pro se* complaint, Plaintiff alleges that the Center for Forensic Psychiatry improperly declared Plaintiff to be incompetent to stand trial. (*Id*., PageID.4.) Plaintiff seeks damages in the amount of $750,000.00. (*Id*.)

Under the revised venue statute, venue in federal-question cases lies in the district in which any defendant resides or in which a substantial part of the events or omissions giving rise to the claim occurred. 28 U.S.C. § 1391(b). The events underlying the complaint occurred in Washtenaw County. Defendant is an arm of the State of Michigan located in Washtenaw County, and "resides" in that county for purposes of venue. *See Butterworth v. Hill*, 114 U.S. 128, 132 (1885); *O'Neill v. Battisti*, 472 F.2d 789, 791 (6th Cir. 1972). Washtenaw County is within the geographical boundaries of the Eastern District of Michigan. 28 U.S.C. § 102(a). In these circumstances, venue is proper only in the Eastern District. Therefore:

**IT IS ORDERED** that this case be transferred to the United States District Court for the Eastern District of Michigan pursuant to 28 U.S.C. § 1406(a). **It is noted that this Court has not reviewed Plaintiff's complaint under 28 U.S.C. §§ 1915(e)(2).**

Dated: October 9, 2026

/s/ Ray Kent
Ray Kent
United States Magistrate Judge